# Alford *v.* Alford.

*Petition by Widow for Allotment. of Homestead.*

1. *Selection of exempt homestead by widow.*—A selection of an exempt homestead by a widow.(Code, § 2551), consisting of two parcels of land, each containing about eighty acres, separated by an intervening parcel a half mile in width, all part and parcel of the same plantation which was owned and occupied by the decedent at the time of his death, is properly disallowed.

APPEAL from the Probate Court of Etowah.

Heard before the Hon. J. N. TALLMAN.

In the matter of the petition of Mrs. Nancy Alford, the widow of Jefferson Alford, deceased, asking the appointment of commissioners to set apart a homestead to her and her minor children, in the tract of land which was owned and occupied by her husband at the time of his death on the 4th June, 1887. In her petition she described the lands which constituted the plantation, and specified the parcels which she had selected; and she asked that these parcels be allotted to her. The annexed diagram shows the two parcels so selected, and also the other parcels which constituted the plantation, each marked with the letter *A.* The administrator demurred to the petition, and moved to dismiss it, which motion and demurrer the court sustained. An exception was reserved to this ruling of the court, and it is here assigned as error.

JAS. M. AIKEN, and DORTCH & MARTIN, for appellant.

JNO. H. DISQUE, *contra.*

STONE, C. J.—The judgment in this case is affirmed, on the authority of *Jaffrey & Co. v. McGough*, at the present term; *ante*, p. 648.

[Alford v. Alford.

